247 F.3d 966 (9th Cir. 2001)
 CITY OF AUBURN; CITY OF BREMERTON; CITY OF DES MOINES; CITY OF FEDERAL WAY; A MUNICIPALITY; CITY OF LAKEWOOD; CITY OF MEDINA; CITY OF OLYMPIA; CITY OF PUYALLUP; CITY OF RENTON; CITY OF SEATAC; CITY OF TACOMA; CITY OF TUKWILA; CITY OF UNIVERSITY PLACE; CITY OF VANCOUVER, Plaintiffs-Appellees-Cross-Appellants,
v.
QWEST CORPORATION, Defendant-Appellant-Cross-Appellee.
 Nos. 99-36173, 99-36219
 UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
 Argued and Submitted February 6, 2001,
Filed April 24, 2001
 
 1
 NOTE: SEE AMENDED OPINION AT 260 F.3d 1160.